

ANNE E. BEAUMONT
abeaumont@fklaw.com
212.833.1245

January 21, 2021

BY E-MAIL

The Honorable Martin Glenn
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re: *The Bankruptcy Estate of Norske Skogindustrier v. Cyrus Capital Partners, L.P., et al.*, Adv. Proc. No. 18-01846 (mg)

Dear Judge Glenn:

   This firm represents the GSO Defendants in the above-referenced Chapter 15 adversary proceeding. Pursuant to the Court's January 19, 2021 Order Establishing Procedures for Remote Evidentiary Hearing at 9:30 am, January 25, 2021, in Connection with Motions to Dismiss (the "Order"), the GSO Defendants state that at the remote evidentiary hearing (now rescheduled for February 3 at 10 a.m.), they may offer the following exhibits, copies of which are enclosed:

- Declaration of Kristoffer Aasebø in Support of Motion of the GSO Defendants to Dismiss the Complaint, executed on December 13, 2019 together with Exhibit A thereto (previously filed as ECF No. 32-2)

- Declaration of Anne E. Beaumont in Support of Motion of the GSO Defendants to Dismiss the Complaint, executed on December 13, 2019 together with Exhibits A-F thereto (previously filed as ECF Nos. 32-3 through 32-9)

- Reply Declaration of Kristoffer Aasebø in Further Support of Motion of the GSO Defendants to Dismiss the Complaint, executed on April 21, 2020 together with Exhibits A-C thereto (previously filed as ECF Nos. 54, 54-1 through 54-3)

Pursuant to the Order, copies of these exhibits are being filed on ECF as well.

              Respectfully submitted,

              Anne E. Beaumont

Enclosures

cc: Counsel of Record (by e-mail w/enclosures and by ECF)