Duane L. Loft (dloft@bsfllp.com)
Anastasia Cembrovska (acembrovska@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Tel: (212) 446-2300
Fax: (212) 446-2350

*Counsel for the Cyrus Defendants*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE BANKRUPTCY ESTATE OF NORSKE SKOGINDUSTRIER ASA<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-13571 (mg) |
| THE BANKRUPTCY ESTATE OF NORSKE SKOGINDUSTRIER ASA,<br><br>Plaintiff,<br><br>vs.<br><br>CYRUS CAPITAL PARTNERS, L.P., *et al.*,<br><br>Defendants. | Adv. Pro. No. 18-01846 (mg) |

**THE CYRUS DEFENDANTS' EXHIBIT LIST**

Pursuant to Paragraph 4 of the Order Establishing Procedures For Remote Evidentiary Hearing At 9:30 AM, January 25, 2021, In Connection With Motions to Dismiss (ECF No. 70), the Cyrus Defendants are refiling exhibits previously submitted in support of the Cyrus Defendants' Motion to Dismiss (ECF Nos. 27-30) and in support of the Cyrus Defendants' Reply In Support of Their Motion to Dismiss (ECF Nos. 55-58) and renumbering the exhibits as follows:

1

| Exhibit No. | Description |
|---|---|
| 1 | Knut Ro Curriculum Vitae |
| 2 | §5-9 of the Norwegian Recovery Act (English Translation) |
| 3 | Ot.prp.nr.50 (1980-1981) (NOU page 302) (English Translation) |
| 4 | Damages and Compensation Claims – Points of Departure (English Translation) |
| 5 | HR-1994-80-B; Rt-1994-792 (English Translation) |
| 6 | Commentary Regarding Recovery Claims Act, section 5-11. Voiding of Transaction Where the Other Party Was Not Acting In Good Faith (English Translation) |
| 7 | Excerpts from Kristian Huser: Volume 3: Voiding a Transaction (English Translation) |
| 8 | §17 of the Norwegian Public Company Liabilities Act (English Translation) |
| 9 | Odelsting Proposition No. 55 (English Translation) |
| 10 | Excerpts from Aksjeloven – Limited Companies Act No. 44 (Chapter 6-12 Management, 6.13 Supervisory Responsibility) (English Translation). |
| 11 | NOU 1972:20 Debt Negotiations and Bankruptcy (English Translation) |
| 12 | Ot.prp.no.50 (1980-1981) (NOU page 302) (English Translation) |
| 13 | Excerpts from Kristian Huser: Volume 3: Subjective Annulment (English Translation) |
| 14 | Rt-1982-1232 (English Translation) |
| 15 | LE-1990-181 (English Translation) |
| 16 | Rt-2001-1136 (216-2001) (English Translation) |
| 17 | Ot.prp.nr.23 (1996-1997) (English Translation) |
| 18 | HR-2017-2375-A (English Translation) |
| 19 | Excerpts from Aksjeloven – Limited Companies Act No. 44 (English Translation) |
| 20 | HR-1998-18-B; Rt-1998-276 (English Translation) |

| 21 | Damages and Legal Subjectivity (English Translation) |
|----|------------------------------------------------------|
| 22 | HR-1993-130-B; Rt-1993-1399 (English Translation) |
| 23 | HR-2008-1031; Rt-2008-833 (English Translation) |
| 24 | HR-2008-498-A; Rt-2008-385 (English Translation) |
| 25 | HR-2019-1073-A (English Translation) |
| 26 | Rt-1981-1215 (English Translation) |
| 27 | HR-2009-2318-A; Rt-2009-1568 (English Translation) |
| 28 | Plaintiff's Amended Answers and Objections to Defendants' First Set of Interrogatories |
| 29 | Notice to Holders of Norske Skog AS |

Dated: January 21, 2021
New York, NY

By: /s/ Duane L. Loft
Duane L. Loft (dloft@bsfllp.com)
Anastasia Cembrovska
 (acembrovska@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350

3