HOLLAND & KNIGHT LLP
Warren E. Gluck, Esq.
Richard A. Bixter, Jr., Esq. (*pro hac vice*)
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Email: warren.gluck@hklaw.com
       richard.bixter@hklaw.com
*Counsel for The Bankruptcy Estate of
Norske Skogindustrier ASA*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| THE BANKRUPTCY ESTATE OF NORSKE SKOGINDUSTRIER ASA | Case No. 18-13571 (MG) |
| Debtor in a Foreign Proceeding. | |
| THE BANKRUPTCY ESTATE OF NORSKE SKOGINDUSTRIER ASA, | Adv. Pro. No. 18-01846 (MG) |
| Plaintiff, | |
| vs. | |
| CYRUS CAPITAL PARTNERS, L.P., *et al.*, | |
| Defendants. | |

**PLAINTIFF'S EXHIBITS (WITH EXCERPTED TRANSLATIONS ) IN CONNECTION
WITH UPCOMING HEARING ON DEFENDANTS' MOTIONS TO DISMISS**

Tom Hugo Ottesen, duly appointed trustee and foreign representative ("**Petitioner**" or "**Trustee**") of Plaintiff The Bankruptcy Estate of Norske Skogindustrier ASA ("**Norske Skogindustrier Estate**" or "**Plaintiff**"), by its undersigned United States counsel, submits the following exhibits that it has disclosed in *Plaintiff's Exhibit List in Connection with Upcoming*

1

*Hearing on Defendants' Motions to Dismiss* [Dkt. 75], with relevant sections excerpted and translated from Norwegian into English where applicable, that it may or will use at the upcoming evidentiary hearing on the Defendants' Motions to Dismiss. Original language copies of Exhibits written in Norwegian were filed on the same day as the Exhibit List. Plaintiff has had English translations prepared of relevant excerpts of the Norwegian documents. The "Comment" column indicates the status of each exhibit for the reference of the parties and the Court. Plaintiff has determined that it does not intend to use certain listed exhibits at the upcoming evidentiary hearing, as noted below.

1. **EXHIBIT LIST**

| Plaintiff's Exhibit No. | Description | Comment |
|---|---|---|
| 1 | February 21, 2020 Declaration of Egil Horstad (ECF No. 50) | In English, no translation necessary. |
| 2 | NOU 1972:20 (Official Norwegian Report regarding the Recovery Act) | Excluded; relevant pages excerpted and translated as Ex. 31-34. |
| 3 | Ot.prp.nr. 50 (1980-1981) | Pages 170-174 excerpted and translated. |
| 4 | Rt-1910-65 (Norway Supreme Court) | Not translated; Plaintiff does not intend to use. |
| 5 | Rt-1919-845 (Norway Supreme Court) | Not translated; Plaintiff does not intend to use. |
| 6 | Rt-1966-305 (Norway Supreme Court) | Not translated; Plaintiff does not intend to use. |
| 7 | Rt-1985-290 (Norway Supreme Court) | Not translated; Plaintiff does not intend to use. |
| 8 | Rt-1994-792 (Norway Supreme Court) | Pages 1 and 7-8 excerpted and translated. |
| 9 | Rt-1995-222 (Norway Supreme Court) | Pages 226-27 excerpted and translated. |

| Plaintiff's Exhibit No. | Description | Comment |
|---|---|---|
| 10 | Rt-1995-259 (Norway Supreme Court) | Not translated; Plaintiff does not intend to use. |
| 11 | Rt-1995-1317 (Norway Supreme Court) | Pages 1 and 6-7 excerpted and translated. |
| 12 | Rt-1996-1647 (Norway Supreme Court) | Not translated; Plaintiff does not intend to use. |
| 13 | Rt-1998-1042 (Norway Supreme Court) | Not translated; Plaintiff does not intend to use. |
| 14 | Rt-2001-1136 (Norway Supreme Court) | Not translated; Plaintiff does not intend to use. |
| 15 | Rt-2001-1136 (Norway Supreme Court) | Relevant sections of 1143-44 excerpted and translated. |
| 16 | Rt-2001-1702 (Norway Supreme Court) | Not translated; Plaintiff does not intend to use. |
| 17 | Rt-2001-1702 (Norway Supreme Court) | Not translated; Plaintiff does not intend to use. |
| 18 | Rt-2007-817 (Norway Supreme Court) | Pages 1-2 and 9 excerpted and translated. |
| 19 | Rt-2008-833 (Norway Supreme Court) | Relevant pages excerpted and translated as Ex. 43. |
| 20 | Rt-2008-1170 (Norway Supreme Court) | Pages 1-2 and 8 excerpted and translated. |
| 21 | Rt-2012-468 (Norway Supreme Court) | Pages 1-2 and 5-9 excerpted and translated. |
| 22 | HR-2017-370 (58-61) (Norway Supreme Court) | Not translated; Plaintiff does not intend to use. |
| 23 | HR-2019-1073 (Norway Supreme Court) | Pages 1 and 10 excepted and translated. |
| 24 | LB-2015-186361-2 (Borgarting Court of Appeal) | Not translated; Plaintiff does not intend to use. |

| Plaintiff's Exhibit No. | Description | Comment |
|---|---|---|
| 25 | Huser ( Gjeldsforhandling og konkurs, bind 3, omstetelse ), 1992 | Pages 106-08 and 258-59 excerpted and translated. |
| 26 | Jussens Venner 1998 | Pages 3-4 excerpted and translated. |
| 27 | Andenres (Konkurs 2. edition) 1999 | Pages 42 and 43 excerpted and translated. |
| 28 | Erik Monsen (Uberettiget berigelse (obehorig vinst) som grundlag for betalingskrav), KONF-2008-njm-337, 2008 | Pages 347-48 excerpted and translated. |
| 29 | Andenres (Konkurs 3. edition) 2009 | Pages 286 and 361 excerpted and translated. |
| 30 | Schei et al.. (Kommentarutgave, 2. edition) 2013 | Not translated; Plaintiff does not intend to use. |
| 31 | NOU 1972:20 p. 305 (Official Norwegian Report regarding Section 5-15 of the Recovery Act) | Pages 1, 341, and 342 excerpted and translated. |
| 32 | NOU 1972:20 p. 253 (Official Norwegian Report regarding Section 1-5 of the Recovery Act) | Pages 1 and 284-86 excerpted and translated |
| 33 | NOU 1972:20 p. 291 (Official Norwegian Report regarding Section 5-5 of the Recovery Act) | Pages 1 and 326-38 excerpted and translated. |
| 34 | NOU 1972:20 p. 297 (Official Norwegian Report regarding Section 5-9 of the Recovery Act) | Pages 1 and 333-335 excerpted and translated. |
| 35 | Ot.prp. nr. 50 (1980-1981) p. 170-171, 173 (Proposition to the Odelsting regarding Section 5-9 of the Recovery Act) | Not translated; Plaintiff does not intend to use. |
| 36 | NOU 1972:20 p. 299 (Official Norwegian Report regarding Debt Negotiations and Bankruptcy) | Pages 1 and 334-336 excerpted and translated. |
| 37 | Rt. 1998 p. 1042 (Norway Supreme Court, June 30, 1998) | Pages 1 and 13-14 excerpted and translated. |
| 38 | Rt. 2012 p. 468 (Norway Supreme Court, March 22, 2012) | Not translated; Plaintiff does not intend to use. |

| Plaintiff's Exhibit No. | Description | Comment |
|---|---|---|
| 39 | HR-2017-370-A (Norway Supreme Court, February 14, 2017) | Relevant portions of pages 7 and 8 excerpted and translated. |
| 40 | Rt. 1996 p. 1647 (Norway Supreme Court, January 22, 1999) | Page 1 and relevant portions of pages 7 and 8 excerpted and translated. |
| 41 | HR-2019-1073-A (Norway Supreme Court, June 6, 2019) | Not translated; Plaintiff does not intend to use. |
| 42 | Rt. 2008 p. 833 (Norway Supreme Court, October 6, 2008) | Not translated; Plaintiff does not intend to use. |
| 43 | LB-2015-186361-2 (Borgarting Court of Appeal, January 9, 2017) | Page 1 and relevant portions of pages 31 and 32 excerpted and translated. |
| 44 | Ex. 1 to Declaration of Knut Ro | In English; no translation necessary. |
| 45 | Ex. 2 to Declaration of Knut Ro | In English; no translation necessary. |
| 46 | Ex. 3 to Declaration of Knut Ro | In English; no translation necessary. |
| 47 | Ex. 4 to Declaration of Knut Ro | In English; no translation necessary. |
| 48 | Ex. 5 to Declaration of Knut Ro | In English; no translation necessary. |
| 49 | Ex. 6 to Declaration of Knut Ro | In English; no translation necessary. |
| 50 | Ex. 7 to Declaration of Knut Ro | In English; no translation necessary. |
| 51 | Ex. 8 to Declaration of Knut Ro | In English; no translation necessary. |
| 52 | Ex. 9 to Declaration of Knut Ro | In English; no translation necessary. |

| Plaintiff's Exhibit No. | Description | Comment |
|---|---|---|
| 53 | Ex. 10 to Declaration of Knut Ro | In English; no translation necessary. |

Dated:  New York, New York
January 25, 2021

HOLLAND & KNIGHT LLP


By:   /s/ Richard A. Bixter, Jr.

Warren E. Gluck, Esq.
Richard A. Bixter Jr., Esq. (*pro hac vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Facsimile: 212-385-9010
Email: warren.gluck@hklaw.com
         richard.bixter@hklaw.com

*Counsel for The Bankruptcy Estate of Norske Skogindustrier AS*