HOLLAND & KNIGHT LLP
Warren E. Gluck, Esq.
Richard A. Bixter, Jr., Esq. (*pro hac vice*)
31 West 52nd Street
New York, New York 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
Email: warren.gluck@hklaw.com
         richard.bixter@hklaw.com
*Counsel for The Bankruptcy Estate of
Norske Skogindustrier ASA*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE BANKRUPTCY ESTATE OF NORSKE SKOGINDUSTRIER ASA<br><br>        Debtor in a<br>        Foreign Proceeding. | Chapter 15<br><br>Case No. 18-13571 (MG) |
| THE BANKRUPTCY ESTATE OF NORSKE SKOGINDUSTRIER ASA,<br><br>        Plaintiff,<br><br>vs.<br><br>CYRUS CAPITAL PARTNERS, L.P., *et al.*,<br><br>        Defendants. | Adv. Pro. No. 18-01846 (MG) |

**EXHIBITS (WITH EXCERPTED TRANSLATIONS ) TO
SUPPLEMENTAL DECLARATION OF EGIL HORSTAD**

    Tom Hugo Ottesen, duly appointed trustee and foreign representative ("**Petitioner**" or "**Trustee**") of Plaintiff The Bankruptcy Estate of Norske Skogindustrier ASA ("**Norske Skogindustrier Estate**" or "**Plaintiff**"), by its undersigned United States counsel, submits the following exhibits that were filed in connection with the *Supplemental Declaration of Egil Horstad*

1

[Dkt. 82] (the "**Horstad Supplemental Declaration**") with translated excerpts. Except for Exhibit 1, Original language copies of Exhibits written in Norwegian were filed attached to the Supplemental Horstad Declaration. With respect to Exhibit 1, Norwegian Supreme Court case Rt. 2007 p. 1665, Plaintiff previously filed Norwegian Supreme Court case Rt. 1997 p.1623 as both Exhibit 1 (in error) and Exhibit 2 (correctly). Plaintiff has appended the correct Exhibit 1 to this document. Additionally, Plaintiff has had English translations prepared of relevant excerpts of the Norwegian documents (highlighted in yellow for reference). Each exhibit includes, in this order: (i) a certificate from the translator attesting to the translation of the excerpted passage; (ii) the translated excepts, with the cover or title page and the highlighted text translated and presented in context of the original, untranslated document for reference (except for Exhibits 7 and 9, where the entire referenced sections have been translated); and (iii) the complete, original, untranslated exhibit.

**EXHIBIT LIST**

| Exhibit No. | Description |
|---|---|
| 1 | Rt. 2007 p. 1665 |
| 2 | Rt. 1997 p. 1623 |
| 3 | LH-2020-71627 |
| 4 | LA-2019-157875 |
| 5 | LE-1998-556 |
| 6 | TOSLO-2010-109743 |
| 7 | Aasebø, et al. ((Kommentarutgave, 2. edition) 2013)) |
| 8 | Saebø, Nybrott og odling, 2002 |
| 9 | Andenres (Konkurs 3. edition) 2009 |

Dated: New York, New York
January 28, 2021

                HOLLAND & KNIGHT LLP

                By:  /s/ Richard A. Bixter, Jr.

                Warren E. Gluck, Esq.
                Richard A. Bixter Jr., Esq. (*pro hac vice*)
                HOLLAND & KNIGHT LLP
                31 West 52nd Street
                New York, New York 10019
                Telephone: 212-513-3200
                Facsimile: 212-385-9010
                Email: warren.gluck@hklaw.com
                        richard.bixter@hklaw.com

                *Counsel for The Bankruptcy Estate of*
                *Norske Skogindustrier AS*