**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE BANKRUPTCY ESTATE OF NORSKE SKOGINDUSTRIER ASA<br><br>      Debtor in a<br>      Foreign Proceeding. | Chapter 15<br><br>Case No. 18-13571 (MG) |
| THE BANKRUPTCY ESTATE OF NORSKE SKOGINDUSTRIER ASA,<br><br>      Plaintiff,<br><br>vs.<br><br>CYRUS CAPITAL PARTNERS, L.P., *et al.*,<br><br>      Defendants. | Adv. Pro. No. 18-01846 (MG) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that on March 24, 2021 at 10:00 a.m. (Prevailing Eastern Time), an evidentiary hearing (the "Hearing") in the above-referenced proceeding on the Defendants' motions to dismiss will be held before the United States Bankruptcy Judge Martin Glenn, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408, or as soon thereafter as counsel can be heard.

**PLEASE TAKE FURTHER NOTICE**, that in light of the COVID-19 pandemic, the Hearing will take place using Zoom for Government.

1

Dated: New York, New York
February 10, 2021

HOLLAND & KNIGHT LLP

By:  /s/ Richard A. Bixter Jr.
Richard A. Bixter Jr.

Warren E. Gluck, Esq.
Richard A. Bixter Jr., Esq. (*pro hac vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: 212-513-3200
Facsimile: 212-385-9010
Email: warren.gluck@hklaw.com
richard.bixter@hklaw.com

*Counsel for The Bankruptcy Estate of
Norske Skogindustrier ASA*

#82040118_v1

## CERTIFICATE OF SERVICE

I certify that on February 10, 2021, I served the foregoing Notice of Hearing by electronic filing on all parties registered for service on the Court's CM/ECF filing system.

                                                  /s/ Richard A. Bixter, Jr.